July 29, 2026

**<u>VIA ECF</u>**
The Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

*Re: The Intercept Media, Inc. v. U.S. Department of Homeland Security et al*, 26-cv-5307 (CM)
Joint Letter regarding Civil Case Management Plan and Proposing an Alternative Schedule

Dear Judge McMahon:

Counsel for parties in the above-named action write pursuant to this Court's Order Scheduling an Initial Pretrial Conference, ECF No. 12, which directs parties to complete and file a "Civil Case Management Plan" within 30 days, unless otherwise instructed by Paragraph 5 of the Court's Order. Although not specifically excepted by Paragraph 5, the parties respectfully request they be relieved of the obligation to file a Case Management Plan in this action filed pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

Plaintiff The Intercept, a national online news organization, brings this FOIA action against Defendants U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and U.S. Customs and Border Protection ("CBP"). As alleged in the Complaint, Plaintiff submitted several FOIA requests to ICE and CBP concerning reports of surveillance and retaliation against civilian protestors by Defendants. ICE and CBP are in the process of searching for responsive records. The parties do not currently foresee the need for discovery, on the understanding that the parties will continue to confer and file joint updates to the Court regarding the agency's progress in processing Plaintiff's FOIA requests. Moreover, pursuant to Local Civil Rule 16.1, the case is exempt from the requirement of a mandatory scheduling order contained in Fed. R. Civ. P. 16(b). The parties expect that this case will be resolved either through the parties' agreement, or by the submission of cross-motions for summary judgment upon the completion of ICE and CBP's processing and production of Plaintiff's FOIA requests. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). Accordingly, most of the fields in the Court's proposed case management plan form are not relevant to this case. The parties instead propose a schedule for managing this FOIA case below that reflects the likely progress of this matter.

The parties have discussed and agreed upon the following next steps in this action, subject to the Court's approval:

- By August 31, 2026: ICE and CBP will complete their search for responsive records, and confer with Plaintiff regarding a processing schedule (and any potential narrowing measures).

- By September 10, 2026: The parties will propose a schedule(s) in a Joint Letter to the Court for processing Plaintiff's FOIA requests and production of non-exempt portions of responsive records.

- Once a processing schedule is in place, the parties propose to update the Court on the status of ICE and CBP's processing every 60 days through Joint Letter.

- Within 30 days of completion of processing and production: the parties will confer and file a Joint Letter to the Court concerning whether summary judgment briefing is necessary. If necessary, the parties will propose a briefing schedule at that time.

The parties agree that the Court's currently scheduled October 22, 2026, conference may be held in abeyance pending the parties' conferral and submission of proposed schedules. The conference will be unnecessary unless there is a dispute about the processing schedule between the parties.

Respectfully submitted,

*/s/ Amy C. Vickery*
Amy C. Vickery
(S.D.N.Y Bar No. 5942271)
Daniel A. McGrath
(S.D.N.Y. Bar No. 5541198)
Ronald A. Fein
(D.C. Bar No. 90026641)*
Robin F. Thurston
(D.C. Bar No. 7268942)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

** S.D.N.Y. pro hac vice motion forthcoming*

*/s/ Ilan Stein*
Ilan Stein
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2525
Fax: (212) 637-2686
Ilan.Stein@usdoj.gov

*Counsel for Defendants*